



20 April 2022

The City of Seven Hills, Ohio
City Council
7325 Summitview Drive
Seven Hills, Ohio 44131

RE:    APPLICATION FOR AMENDMENT OF THE ZONING CODE
       AND FOR DEVELOPMENT PLAN APPROVAL

Dear Members of City Council:

I am the purchaser of Parcel 552-17-009; Parcel 552-17-011; Parcel 552-17-057; and Parcel 552-17-058 located on Broadview Road in the City of Seven Hills.

I respectfully submit the attached application for amendment of Chapter 976 of the Zoning Code of the City of Seven Hills and request approval of the amendments indicated in bold font in Exhibit A.

Concurrently I submit the attached Development Plan for the referenced property and request approval for development consistent with that Plan as drawn in Exhibit B.

I look forward to your response and to establishing my business in the City of Seven Hills. Attached with this application please find our Project Summary for Shamrock Self Storage explaining the need for our services and our intent to provide an attractive facility.

I will welcome the opportunity to meet with the residents abutting our proposed site to explain the project in person and to address their questions.

I will look forward to immediate disposition of this application as provided by applicable laws. Please initiate the review and decision procedures and advise me of any scheduled meetings so that I and my representatives can attend and respond to any questions.

Sincerely,

Greg O'Herren, Purchaser                          Steve Gale, Property Owner

# EXHIBIT A

For over 40 years

9800 Westpoint Drive, Suite 200  ·  Indianapolis, IN 46256  ·  317.558.8750  317.558.8760 Fax
shamrockbuilders.com  ·  shamrockcustomhomes.com  ·  go-nance.com



19 April 2022

Mr. Greg O'Herren
Shamrock Builders Inc.

Dear Mr. O'Herren:

Please find attached Exhibit A, requested amendments of Chapter 976 of the Zoning Code of the City of Seven Hills.

Also attached is Exhibit B, a development plan for your properties identified as Parcel 552-17-009; Parcel 552-17-011; Parcel 552-17-057; and Parcel 552-17-058 located on Broadview Road in the City of Seven Hills.

It is my opinion that the proposed zoning amendments and the proposed site development plan are appropriate for several reasons including but not limited to the following:

- You propose to construct a quality self-service storage facility which will meet the needs of residents and small businesses of the City of Seven Hills. Your market review indicates that this service is not currently available in the City. Information is attached as Exhibit C.

- Many properties in the immediate vicinity are zoned in the General Retail Business District and there has been significant new development on those properties. The frontage area of the subject properties are equally suitable for the uses permitted in that General Retail Business District.

- The large easterly section of the subject properties is surrounded by the Service Department facility, the power lines, and the rear yards of existing dwellings. In addition to being a viable use for this site, the proposed self-service storage facility is compatible with and would do no harm to these abutting uses. Additional landscaping and buffering features can be provided in the transition area between the proposed new use and the existing homes.

- The properties have been zoned under these very restrictive Broadview Road Development District regulations for 25 years - since 1997 - and no viable use has been established since that time despite the efforts of the owners.

- The current zoning regulations applicable to the subject properties so severely restrict the permitted uses to the extent that the regulations are arbitrary and capricious and provide no viable use. It is incumbent upon the City to permit viable uses on this property.

- In the past, the owner of the property proposed a zoning amendment to permit assisted living facilities. That amendment was denied.

I anticipate that the City will recognize these reasons for amending the applicable zoning regulations as requested and for approving the proposed development plan. I look forward to being of further assistance as this matter progresses.

Best regards
NORTHSTAR PLANNING & DESIGN LLC

Mark A. Majewski

---

EXHIBIT A:
REQUEST FOR AMENDMENT OF
CHAPTER 976: Broadview Road Development District

**Requested amendments are marked in bold font.**

CHAPTER 976
Broadview Road Development District
976.01 Purpose and intent.
976.02 Development Program.
976.03 Permitted buildings and uses.
976.04 Minimum development area.
976.05 Building height.
976.06 Land coverage.
976.07 Yard and setback regulations.
976.08 Offstreet parking.
976.09 Development plans.
976.10 Approval of development plan.
976.11 Action by Council.
976.12 Building permits.

976.01 PURPOSE AND INTENT.
(a) Broadview Road is not being utilized to its full potential. Therefore, in order to promote the best future use of the area in terms of realizing its potential, land in this area should be placed in a special "Broadview Road Development District" zoning classification from South of Cherry Lane to North of Pleasant Valley Road.
(b) The purpose of this District is to provide for the orderly development of vacant land and redevelopment of existing single family uses in accordance with a development program and specific use regulations tailored to:
(1) Regulate and restrict the location and design of buildings and offstreet parking areas;
(2) Promote high standards for the appearance of buildings and grounds;
(3) Control the height of buildings as they relate to surrounding uses;
(4) Improve property values and employment opportunities;
(5) Capture tax revenues and other economic advantages consistent with improving the general condition of Seven Hills; and
(6) To promote the general public health, safety, convenience, comfort and general welfare of the residents of the City.
(Ord. 67-1997. Passed 8-19-97.)

976.02 DEVELOPMENT PROGRAM.
(a) In order to implement a comprehensive development program for the East side of Broadview Road in Seven Hills and to supplement the following regulations and criteria of this Zoning Code, the Planning

Commission and Council have prepared plans for the construction of new uses and their coordination with surrounding areas. Said plans include recommendations regarding the use of property; the location, bulk and general design of buildings to one another and to yards and other open spaces; the arrangement of offstreet parking and loading areas and pedestrian ways; and the general location and treatment of landscaping, lighting and signage.

(b) Said plans have been developed in accordance with the objectives of a comprehensive development program with the criteria set forth in this chapter, and other applicable provisions of the Zoning Code.

(c) With their adoption by the Planning Commission and Council, these plans shall be construed as being part of this Zoning Code, and any new construction, addition to, or rebuilding of property within the Broadview Development District or any part thereof shall be in compliance therewith. (Ord. 67-1997. Passed 8-19-97.)

**(d) The Planning Commission and Council have further adopted The Parcel 3 Proposal and Site Development Plan for specified properties located within the area described in Section 976.03(c) as Parcel 3 Broadview Road - North of Ridgeview. The Parcel 3 Development Plan is deemed consistent with and included within the meanings of subsections (a), (b), and (c) above. The specified properties within Parcel 3 which are subject to The Parcel 3 Proposal and Site Development Plan are as follows: Parcel 552-17-009; Parcel 552-17-011; Parcel 552-17-057; and Parcel 552-17-058.**

976.03 PERMITTED BUILDINGS AND USES.

In the Broadview Road Development District, land may be used and buildings or structures may be designed, built, altered, or used only for one or more of the following permitted uses.

(a) Parcel 1 Broadview Road - North of Hillside, South of Cherry Lane. Situated in the City of Seven Hills, County of Cuyahoga and State of Ohio and bounded and described as follows:

Beginning at the northwesterly corner of Permanent Parcel Number 552-08-004 said point lying on the easterly line of Broadview Road and being the Principal Place of Beginning;

Thence easterly, along the northerly line of said parcel to the northeasterly corner thereof, said point lying on the westerly line of Permanent Parcel Number 552-05-026;

Thence southerly, along the westerly line of said parcel to the southwesterly corner thereof, said point lying on the northerly line of Permanent Parcel Number 552-05-003;

Thence easterly, along the northerly line of said parcel to the northeasterly corner thereof, said point lying on the westerly line of Permanent Parcel Number 552-05-009;

Thence southerly, along the westerly line of said parcel to the southwesterly corner thereof, said point lying on the northerly line of Hillside Road;

Thence westerly, along the northerly line of Hillside Road to its intersection with the easterly line of Broadview Road;

Thence northerly, along the easterly line of Broadview Road to the aforesaid northwesterly corner of Permanent Parcel Number 552-05-004 and the Principal Place of Beginning.

(1) Office Buildings multiple occupancy office buildings including business and administrative organizations and professional offices, financial, governmental, public utility and sales, provided only samples are displayed or stored on the premises and no goods are distributed therefrom. Retail stores or outlets will not be permitted in such buildings.

(2) Accessory uses permitted. An accessory use which is incidental to the main use, provided that it is planned and developed

integrally with the main building and that is has no injurious effect on adjoining use districts such as:

A. Offstreet parking and loading areas for employees and customers as required in this Chapter;

B. Signs, including identification, professional nameplate, directional, real estate and project signs subject to the regulations set forth in this Zoning Code.

(3) Uses as permitted in subsection 976.03(b) Parcel 2 Broadview Road - South of Hillside.

(4) Similar main uses permitted. Any other office use not listed above determined by the Planning Commission to be similar to the uses set forth in subsection (a) above. Any use determined similar by the Commission must be confirmed by Council.

(Ord. 74-2005. Passed 6-12-06.)

(b) Parcel 2 Broadview Road - South of Hillside. Situated in the City of Seven Hills, County of Cuyahoga and State of Ohio and known as being a part of Original Independence Township Lot Number 13, further bounded and described as follows:

Beginning at the northwesterly corner of Permanent Parcel Number 552-13-008, said point lying on the easterly line of Broadview Road and being the Principal Place of Beginning:

Thence easterly, along the northerly line of said parcel to a point, said point being the southwesterly corner of Permanent Parcel Number 552-13-025;

Thence northerly, along the westerly line of said parcel to the northwesterly corner thereof, said point lying on the southerly line of Hillside Road;

Thence easterly, along the southerly line of Hillside Road to its intersection with the easterly line of Permanent Parcel Number 552-13-024;

Thence southerly, along the easterly line of said parcel and others to a point, said point being the southeasterly corner of Permanent Parcel Number 552-13-001;

Thence westerly, along the southerly line of said parcel to the southwesterly corner thereof, said point lying on the easterly line of Broadview Road;

Thence northerly, along the easterly line of Broadview Road to the aforesaid northwesterly corner of Permanent Parcel Number 552-13-008 and the Principal Place of Beginning.

(1) Uses as permitted in subsection (a) above.

(2) Uses as permitted in General Retail Business Districts (Chapter 969), except that the following uses enumerated in Chapter 969 shall not be permitted:

A. Retail sale of general merchandise in a department store;

B. Public garages;

C. Automobile supply stores, automobile showrooms and lots for the sale of second-hand motor vehicles provided such lot is located immediately adjacent to a lot on which an automobile showroom is located and both are controlled by the same person;

D. Automotive facilities including gasoline service stations for the sale of gasoline and alternate fuels, oil and auto accessories, for lubrication, washing and minor repair work on automobiles, if performed within enclosed buildings, automobile laundries and repair and/or storage garages for automobiles and trucks;

E. Bus Stations;

F. Automobile showrooms and lots for the sale of second-hand motor vehicles;

G. Automobile facilities including gasoline service stations for the sale of gasoline and alternate fuels, oil and auto accessories, for lubrication, washing and minor repair work on automobiles; and

H. Bowling alleys, dance halls, pool and billiard parlors, skating rinks, indoor theaters, assembly halls or other sport or recreation centers;

I. Fast Food;

J. Any establishment serving primarily spirituous, vinous, or malt beverages;

K. Tattoo or body piercing parlors.

(3) Accessory uses permitted. An accessory use which is incidental to the main use, provided that it is planned and developed integrally with the main building and that it has no injurious effect on adjoining use districts such as:

A. Offstreet parking and loading areas for employees and customers as required in this chapter;

B. Signs, including identification, professional nameplate, directional, real estate and project signs subject to the regulations set forth in this Zoning Code.

(4) Similar main uses permitted. Any other office use not listed above determined by the Planning Commission to be similar to the uses set forth in subsection (a) above. Any use determined similar by the Commission must be confirmed by Council.

A. Uses as permitted in subsection (a) above.

B. Uses as permitted in General Retail Business Districts (Chapter 969), except that the following uses enumerated in Chapter 969 shall not be permitted:

1. Retail sale of general merchandise in a department store;

2. Bus Stations;

3. Automobile showrooms and lots for the sale of second-hand motor vehicles;

4. Automobile facilities including gasoline service stations for the sale of gasoline and alternate fuels, oil and auto accessories, for lubrication, washing and minor repair work on automobiles;

5. Bowling alleys, dance halls, pool and billiard parlors, skating rinks, indoor theaters, assembly halls or other sport or recreation centers;

6. Fast Food;

7. Any establishment serving spirituous beverages; and

8. Tattoo or body piercing parlors.

C. Accessory uses permitted. An accessory use which is incidental to the main use, provided that it is planned and developed integrally with the main building and that it has no injurious effect on adjoining use districts such as:

1. Offstreet parking and loading areas for employees and customers as required in this chapter;

2. Signs, including identification, professional nameplate, directional, real estate and project signs subject to the regulations set forth in this Zoning Code.

D. Similar main uses permitted. Any other office use not listed above determined by the Planning Commission to be similar to the uses set forth in subsection (a) above. Any use determined similar by the Commission must be confirmed by Council.


(c) Parcel 3 Broadview Road - North of Ridgeview. Situated in the City of Seven Hills, County of Cuyahoga and State of Ohio and known as being a part of Original Independence Township Lot Number 19, further bounded and described as follows:

Beginning at the northwesterly corner of Permanent Parcel Number 552-17-011, said point lying on the easterly line of Broadview Road and being the Principal Place of Beginning:

Thence easterly, along the northerly line of said parcel and others to a point, said point being the northeasterly corner of Permanent Parcel Number 552-17-058;

Thence southerly, along the easterly line of said parcel to the southeasterly corner thereof said point lying on the northerly line of Permanent Parcel Number 552-17-017;

Thence westerly, along the northerly line of said parcel and others to a point, said point being the northwesterly corner of Permanent Parcel Number 552-17-025;

Thence southerly, along the westerly line of said parcel to the southwesterly corner thereof, said point lying on the northerly line of Ridgeview Drive;

Thence westerly, along the northerly line of Ridgeview Drive to its intersection with the easterly line of Broadview Road;

Thence northerly, along the easterly line of Broadview Road to the aforesaid northwesterly corner of Permanent Parcel Number 552-17-011 and the principal Place of Beginning.

(1) Office Buildings multiple occupancy office buildings including business and administrative organizations and professional offices, financial, governmental, public utility and sales, provided only samples are displayed or stored on the premises and no goods are distributed therefrom. Retail stores or outlets will not be permitted in such buildings.

(2) Accessory uses permitted. An accessory use which is incidental to the main use, provided that it is planned and developed integrally with the main building and that it has no injurious effect on adjoining use districts such as:

    A. Offstreet parking and loading areas for employees and customers as required in this chapter;

    B. Signs, including identification, professional nameplate, directional, real estate and project signs subject to the regulations set forth in this Zoning Code.

(3) Similar main uses permitted. Any other office use not listed above determined by the Planning Commission to be similar to the uses set forth in subsection (a) above. Any use determined similar by the Commission must be confirmed by Council.

**(4) In addition to the uses enumerated in (1), (2), and (3) above, the following uses shall be permitted on Parcel 552-17-009; Parcel 552-17-011; Parcel 552-17-057; and Parcel 552-17-058 consistent with the The Parcel 3 Proposal and Site Development Plan:**

    **A. On the approximately two (2) acre portion of Parcel 552-17-011 having frontage on Broadview Road and extending eastward from that frontage approximately 550 feet, all uses permitted in the General Retail Business District as described in Chapter 969.**

    **b. A self-service storage facility and related accessory uses as described and illustrated in the adopted updated plan for development. For the purposes of this ordinance, "self-service storage facility" means a building or group of buildings divided into separate compartments used to meet the self-service storage needs of individuals, organizations, or businesses and may include a facility management office.**

(d) Parcel 4 Broadview Road - South of Ridgeview North of Pleasant Valley. Situated in the City of Seven Hills, County of Cuyahoga and State of Ohio and known as being a part of Original Independence Township Lot Number 19, further bounded and described as follows:

Beginning at the northeasterly corner of Permanent Parcel Number 552-17-053, said point lying on the southerly line of Ridgeview Drive and being the Principal Place of Beginning:

Thence southerly, along the easterly line of said parcel to the southeasterly corner thereof, said point lying on the northerly line of Permanent Parcel Number 552-17-048;

Thence westerly, along the northerly line of said parcel and others to a point, said point being the northwesterly corner of Permanent Parcel Number 552-17-049;

Thence southerly, along the westerly line of said parcel, 82.60 feet to a point, said point being the southeasterly corner of parcel "A" of a lot split for J&E Properties, Inc. as prepared by McSteen & Associates, Inc.;

Thence westerly, along the southerly line of said parcel "A" to the southwesterly corner thereof, said point lying on the easterly line of Broadview Road;

Thence northerly, along the easterly line of Broadview Road to its intersection with southerly line of Ridgeview Drive;

Thence easterly, along the southerly Ridgeview Drive to the aforesaid northeasterly corner of Permanent Parcel Number 552-17-053 and the Principal Place of Beginning.

(1) Uses as permitted in General Retail Business Districts (Chapter 969), except that the following uses enumerated in Chapter 969 shall not be permitted:

A. Retail sale of general merchandise in a department store;

B. Public garages;

C. Automobile supply stores, automobile showrooms and lots for the sale of second-hand motor vehicles provided such lot is located immediately adjacent to a lot on which an automobile showroom is located and both are controlled by the same person;

D. Automotive facilities including gasoline service stations for the sale of gasoline and alternate fuels, oil and auto accessories, for lubrication, washing and minor repair work on automobiles, if performed within enclosed buildings, automobile laundries and repair and/or storage garages for automobiles and trucks;

E. Bus Stations;

F. Automobile showrooms and lots for the sale of second-hand motor vehicles;

G. Automobile facilities including gasoline service stations for the sale of gasoline and alternate fuels, oil and auto accessories, for lubrication, washing and minor repair work on automobiles; and

H. Bowling alleys, dance halls, pool and billiard parlors, skating rinks, indoor theaters, assembly halls or other sport or recreation centers;

I. Fast Food ;

J. Any establishment serving primarily spirituous, vinous, or malt beverages;

K. Tattoo or body piercing parlors.

(Ord. 67-1997. Passed 8-19-97.)


976.04 MINIMUM DEVELOPMENT AREA.

The minimum development area for a single project in the Broadview Road Development District shall be not less than one acre the minimum frontage requirement shall not be less than the following:

(a) Broadview North of Hillside 200 feet x one acre

(b) Broadview South of Hillside 200 feet x one acre

(c) North of Ridgeview 200 feet x one acre

(d) South of Ridgeview 150 feet x one acre

**(e) On Parcel 552-17-009; Parcel 552-17-011; Parcel 552-17-057; and Parcel 552-17-058, development shall be permitted on the frontages of the lots existing at the time of adoption of this Ordinance consistent with the <u>The Parcel 3 Proposal and Site Development Plan</u> and as indicated thereon.**

(Ord. 67-1997. Passed 8-19-97.)

976.05 BUILDING HEIGHT.

Buildings in the Broadview Road Development District shall not exceed the following height limitations.

(a) Broadview North of Hillside 2 stories

(b) Broadview South of Hillside

1 story office maximum 2 story

1 story retail maximum 2 story

(c) North of Ridgeview 2 stories

(d) South of Ridgeview 1 story

(e) Building mechanical equipment placed on the building roof may be allowed above the maximum height specified above provided such mechanical space is set back a minimum of 25 feet from any exterior building wall, approved by the Planning Commission. (Ord. 67-1997. Passed 8-19-97.)

976.06 LAND COVERAGE.

In the Broadview Road Development District, notwithstanding any other provision of this Zoning Code, the land areas occupied by main buildings shall not exceed twenty-five percent (25%) of the total area of the parcel being developed; and land occupied by all buildings, drives and offstreet parking shall not exceed seventy percent (70%) of the total area of said parcel. (Ord. 67-1997. Passed 8-19-97.)

**In the area within the The Parcel 3 Proposal and Site Development Plan proposed for the self-service storage use, the land areas occupied by main buildings shall not exceed thirty-two percent (32%) of the total area of the parcel being developed. In the area within the The Parcel 3 Proposal and Site Development Plan proposed for the General Retail Business District uses, the land areas occupied by main buildings shall comply with the regulations applicable to that District.**

976.07 YARD AND SETBACK REGULATIONS.

In the Broadview Road Development District, buildings and offstreet parking shall be designed, constructed, and maintained, in whole or in part, only in accordance following minimum setbacks, Building setback 75 ft. Parking setback 35 ft. **Self-service storage buildings shall not exceed twenty-five (25) feet in height, and shall be set back at least fifty (50) feet from lots platted for dwellings in abutting Residential Zoning Districts. Parking and drives for self-service storage facilities shall be set back at least twenty (20) feet from lots platted for dwellings in abutting Residential Zoning Districts.**

SCHEDULE OF MINIMUM YARDS AND SETBACK DIMENSIONS FOR OFFICE USES

In Office Building Districts, the yards shall be not less than set forth in the following schedule:

| Main and Accessory Building and Use | Setback Abutting Broadview Road Right-of-way | Front Yard Setbacks Abutting Other Streets (Distance from Street Right-of-Way) | Side Yard Setback | | Rear Yard Setback | |
|---|---|---|---|---|---|---|
| | | | Abutting Residential District | Abutting Nonresidential District | Abutting Residential District | Abutting Nonresidential District |
| Offices | 75 ft. | 50 ft. | 50 ft. | 20 ft. | 50 ft. | 25 ft. |
| Parking Areas and Drives | 35 ft. from the right-of-way | 20 ft. | 25 ft. | 10 ft. | 25 ft. | 10 ft. |

(Ord. 67-1997. Passed 8-19-97.)

976.08 OFFSTREET PARKING.

(a) In the Broadview Road Development District, offstreet parking shall meet the following requirements:

| Use | Parking Spaces per 1,000 Sq. Ft. Gross Building Area |
|---|---|
| Office | 3.5 |
| Retail Business | 5.5 |
| Restaurant (freestanding) | 18.0 |
| Restaurant (within office bldg.) | 10.0 |
| **Self-service storage facility** | **5.0 spaces for office plus driveway parking for storage units** |

(b) Offstreet parking areas and drives shall be defined by continuous concrete curbing. Each parking space, not less than nine feet by eighteen feet, shall be directly accessible from a drive or aisles not less than twenty-two feet in width.

(Ord. 67-1997. Passed 8-19-97.)


976.09 DEVELOPMENT PLANS.

(a) A Developer may submit to the Planning Commission a proposal and site development plans for construction of office and general retail use **and other uses listed in this Chapter 976** in accordance with this chapter and other applicable parts of this Zoning Code.

(b) The site development plan designed in accordance with the planning standards, regulations and criteria established in this Zoning Code and the City's Subdivision Regulations shall indicate all uses proposed for the development area; and shall include, unless waived by the Planning Commission as being not applicable, the following:

(1) Topography at two-foot contour intervals of the proposed development area, including property lines, easements, street rightof-ways and existing structures, trees and landscape features existing

thereon and a certificate, by a registered engineer or surveyor, of the gross area of the development area in acres and square feet;

(2) The location of all structures in the development area to be removed and all structures lying outside of the boundaries of the development area, located within 200 feet thereof;

(3) The proposed use of all land;

(4) The location and arrangement of all proposed buildings and structures;

(5) The location and arrangement of all dedicated streets, private driveways, and pedestrian accessways;

(6) The location and arrangement of all parking and the number of parking spaces;

(7) The location of all site utilities;

(8) The location of all walls and other site features;

(9) The landscape design for the development area;

(10) The location of all refuse collection areas and postal delivery stations; and

(11) Such other relevant information as the Planning Commission and City Engineer may require.

(c) The site development plan of a development area shall be prepared by professional persons qualified in the planning of land development, building and landscape design. The architectural and engineering service required for the preparation of the site plan shall be rendered by professional persons. (Ord. 67-1997. Passed 8-19-97.)

976.10 APPROVAL OF DEVELOPMENT PLAN.
Within sixty days from the date of receipt of a proposal and site development plan from a developer for the construction of office and general retail use, the Planning Commission shall evaluate the proposal and plan to determine whether or not it conforms with the requirements for construction in the Broadview Road Development District and shall inform the developer of its findings. If the Commission finds that the proposal conforms with the requirements for construction in the Broadview Road Development District, it shall approve such proposal and site development plan. In the event that such proposal and plan does not conform with these requirements, the Commission shall indicate and specify the particulars in which such proposal fails to conform with such requirements.

The Commission shall furnish to Council a detailed report and recommendations with respect thereto.

(Ord. 67-1997. Passed 8-19-97.)

976.11 ACTION BY COUNCIL.
Council shall either approve, disapprove or modify the plan. Council may affirm any report of the Planning Commission by a majority vote of its members. If Council reverses a recommendation of the Commission regarding the plan, it shall only do so by the affirmative vote of not less than two-thirds of its members with the reasons for such action recorded as part of the minutes. (Ord. 67-1997. Passed 8-19-97.)

976.12 BUILDING PERMITS.

Following the approval of a site development plan by Council, the City Engineer and Fire Prevention Officer and approval of such plan's building plans by the Building Department, building and other permits may be issued upon payment of the required fees. (Ord. 67-1997. Passed 8-19-97.)

EXHIBIT B:
The Parcel 3 Proposal and Site Development Plan

**This Statement is submitted with <u>The Parcel 3 Proposal and Site Development Plan</u> for Parcel 552-17-009, Parcel 552-17-011, Parcel 552-17-057, and Parcel 552-17-058 and responds to each requirement of Section 976.09.**

**The applicant intends to comply with all applicable parts of this Zoning Code and Subdivision Regulations of the City of Seven Hills.**

976.09 DEVELOPMENT PLANS.
(a) A Developer may submit to the Planning Commission a proposal and site development plans for construction of office and general retail use **and other uses listed in this Chapter 976** in accordance with this chapter and other applicable parts of this Zoning Code.

> **<u>The Parcel 3 Proposal and Site Development Plan</u> constitutes the proposal and site development plan for the subject properties for the proposed uses of General Retail Business uses and a self-service storage facility and their locations on the subject properties.**

(b) The site development plan designed in accordance with the planning standards, regulations and criteria established in this Zoning Code and the City's Subdivision Regulations shall indicate all uses proposed for the development area; and shall include, unless waived by the Planning Commission as being not applicable, the following:

(1) Topography at two-foot contour intervals of the proposed development area, including property lines, easements, street right-of-ways and existing structures, trees and landscape features existing thereon and a certificate, by a registered engineer or surveyor, of the gross area of the development area in acres and square feet;

> **<u>The Parcel 3 Proposal and Site Development Plan</u> illustrates topography, property lines (existing and proposed), easements, street rights-of-way, existing structures, trees, landscape features, and a statement of the gross area of the development area.**

(2) The location of all structures in the development area to be removed and all structures lying outside of the boundaries of the development area, located within 200 feet thereof;

> **<u>The Parcel 3 Proposal and Site Development Plan</u> illustrates all structures outside of the development area within 200 feet. Two existing dwelling structures are proposed to be removed.**

(3) The proposed use of all land;

> **The Site Plan illustrates all proposed uses of land. These include General Retail Business uses and a self-service storage facility.**

(4) The location and arrangement of all proposed buildings and structures;

**The Site Plan illustrates all proposed buildings and structures for the proposed self-service storage facility. Proposed buildings and structures for General Retail Business uses on the proposed 2-acre parcel will be transmitted for approval when those structures are proposed for construction. They will comply with the locational requirements for development in the General Retail Business District.**

(5) The location and arrangement of all dedicated streets, private driveways, and pedestrian accessways;

**The Site Plan illustrates the proposed arrangement and locations of private driveways. No dedicated streets and no pedestrian accessways are proposed.**

(6) The location and arrangement of all parking and the number of parking spaces;

**The Site Plan illustrates the proposed location, arrangement, and number of parking spaces. Five (5) spaces will be located at the management office building. Additional parking for temporary loading will be provided in the aisles at the storage units.**

(7) The location of all site utilities;

**The Site Plan illustrates the locations of all site utilities existing at this time. Utilities will be accessed from the Broadview Road frontage.**

(8) The location of all walls and other site features;

**The Site Plan illustrates planned wall and other site features.**

(9) The landscape design for the development area;

**The Site Plan illustrates the landscape design for the development area.**

(10) The location of all refuse collection areas and postal delivery stations; and

**Refuse collection containers will be provided. Postal delivery will be accommodated as required by the local postal service.**

(11) Such other relevant information as the Planning Commission and City Engineer may require.

**The applicant will provide additional information required and necessary for approval of this site development plan.**

(c) The site development plan of a development area shall be prepared by professional persons qualified in the planning of land development, building and landscape design. The architectural and engineering service required for the preparation of the site plan shall be rendered by professional persons. (Ord. 67-1997. Passed 8-19-97.)

**The Site Plan has been prepared by Groundwork LTD.**

EXHIBIT C:
4/11/22

# **Project Summary for Shamrock Self Storage**

- Shamrock Builders of Indianapolis, a 55-year-old commercial company that specializes in self storage, is proposing to build a 110,000 sq. ft. Institutional grade, climate-controlled self storage. Most of the facility is 12' tall and a small section will be 25' tall.

- There are ZERO self storage facilities in Seven Hills.   There is a large hole in the self storage market in Seven Hills and Parma.

- Upon completion, the project will have an approximate value of $15,000,000 and pay approximately $150,000 per year in real estate taxes.  Self storage rentals are also subject to sales tax.

- This will be one of the nicest self storages in Cuyahoga County. We are planning a "drive through" facility that will allow a vehicle as large as a house moving van to unload out of the weather. See a video at https://shamrockbuilders.com/self-storage/

- **The project will NOT BE VISIBLE FROM BROADVIEW**.  We will have a small 1200 sq. ft. leasing office at the street but all of the storage will be 500' from the road.

### WHY SELF STORAGE IN SEVEN HILLS?

- Nationally – One out of ten households in the USA use Self Storage.

- Self storage has grown in popularity over last 20 years. It is much more of a retail use today.

- Self Storage is an amenity for your community. Self storage is an event driven business that you don't think about until its needed such as: Kids move back home, selling your house, serves as your "3rd car garage",( a lot of the homes nearby have 1 and 2 car garages) your business needs to store business records,  a parent moves to assisted living, store a "fun" car, store your supplies for your small biz, place to store "stuff" you don't have room for but want to save.

- <u>Recession resistant</u>:  During the Great Recession self-storage was the best performing commercial real estate class, outperforming all others. During down times, upheaval in people's lives creates demand for storage. During good times people have more "stuff."

- Residents use Self Storage as an <u>extension of their home</u>- that is why they want it close. Eighty percent of the business is typically residential, and twenty percent is businesses.

- <u>3-5 Mile Business</u>- Self storage is similar to a grocery, dry cleaner or drug store.   Americans want convenience and their belongings close. They prefer to drive less than 3 miles and don't  want to drive over 5 miles.

- There **are ZERO self storages within 3.75 miles of** the site.  (See attached chart below)

- The <u>market is drastically underserved</u>. Locally most facilities are 92%- 98% full.  This is a national phenomenon.  Covid 19 increased demand for storage. Cleveland overall is underserved by self storage compared to comparable size cities in the USA.

- <u>How do we know there is demand for this?</u> In the Midwest each man, woman and child on average requires 7 sq. ft. of storage. If the population is approximately 12,000 people in Seven Hills than there is demand for 84,000 sq. ft. of storage ( 12,000 x 7= 84,000').  This is just Seven Hills.

- There **are zero** self storages within 3 miles of this site and the population is 53,336 per the enclosed Radius Union Self Storage Survey report (see attached)  53,336 people  x 7  sq. ft. per person = 373,352 sq. ft of demand with no storage facilities in the area. Zero facilities in within 3 miles is extremely unusual.

- There are 2 self storages in 5 miles and the population is 170,000 x 7 sq. ft. per person = 1,190,000 sq. ft. of demand and the existing supply is 360,000 sq ft or  2.1 sq. ft per person. This is short 5 sq. ft. per person for self storage demand.

- <u>Job incubator</u>- With technology, people can start a business inexpensively to store goods/products/inventory. $100-$145 per month for 10 x 10 space. We accept customers deliveries in our office.

- <u>Competition</u> The existing supply is mostly 20- 35 years old, tired and does not have climate control. Climate control allows for storage of valuables like antiques or electronics affected by climate changes.

- <u>THIS WILL BE THE NICEST FACILITY IN THE AREA BY FAR</u>
- <u>Drive Thru unloading.</u> We are adding enclosed drive in unloading and loading as a feature. A house moving van can unload inside out of the weather. This will be a strong marketing

features especially in the cold and rainy seasons.  We are unaware of any other Drive Thru facilities in Cuyahoga County so this will be a very special project.

- Property has limited uses due to deep setback. Ninety-eight percent of area we are building on is in the rear of the property.  The lot also slopes 50' from rear to the street adding to development constraints.

- Residents want a safe, clean and secure place to store their valuables.  Women especially appreciate our bright interior, security gates with codes and cameras. Bright lighting and music throughout the facility also helps to make their visit enjoyable.

- On site managers- our managers are on site 9- 6 pm. We will utilize a nationally known company like CubeSmart to manage and lease the facility.

- Quiet neighbor - Most of our customers visit infrequently and they are simply loading or unloading their belongings.

- Government services:  Self storage does not burden the school system or stress the public services. We expect to pay $150,000 in real estate taxes compared to the small amount currently being assessed.

- Low Traffic- self storage is one of lowest generators of traffic. Most people do not visit frequently.

- Excellent buffer for residential – Because of the low traffic, quiet uses and low intensity this is an excellent buffer between residential and commercial. The neighbors should prefer this to most any other commercial use.

- The site is bordered to the north by Seven Hills maintenance facility.


We will build an attractive, unique facility that will be an amenity for the residents of Seven Hills that you can be proud of.


Greg O'Herren

Owner of Shamrock Builders

**Competition map showing hole in the market. The dots show facilities. There are no facilities within 3.75 miles of this site. This is very unusual.**



**Location of the site next to Seven Hills town hall and maintenance garage.**



# CONCEPT SITE PLAN

SELF-STORAGE FACILITY
7391 BROADVIEW ROAD
SEVEN HILLS, OH
APRIL 11, 2022

## BUILDING AREA SUMMARY

| | |
|---|---|
| STORAGE | 110,550 SFG |
| OFFICE | 1,500 SFG |
| TOTAL | 112,050 SFG |

Additional Notes:

1. Highway and Sanitary easements along Broadview Road. No other known easements.
2. See attached exhibit of Existing topography and Structures within 200 Feet.
3. Utility connections for both proposed lots available on Broadview Road frontage.



**Groundwork, Ltd.**
Architects / Planners / Engineers
Ph: (847) 541-4151    © 2022
www.groundworkltd.com
EE36                                      ix22

# EXISTING TOPOGRAPHY AND STRUCTURES WITHIN 200 FEET

SELF-STORAGE FACILITY
7391 BROADVIEW ROAD
SEVEN HILLS, OH
APRIL 13, 2022

N

0   30'  60'       120'

**Groundwork, Ltd.**
Architects / Planners / Engineers
Ph: (847) 541-4151    © 2022
www.groundworkltd.com

EE38

Seven Hills Police Department

Seven Hills Recreation Center

High Tension Power Lines

Seven Hills Maintenance Garage

Typical Structure within 200 feet.

Panera Bread

Office

Existing building to be demolished

Domino's Pizza

Fifth Third Bank

Gas Station

Dunkin'

EL. + 1.15'

EL. + 1.122'

EL. + 1.114'

EL. + 1.096'

332'

373'

99'

162'

194'

218'

183'

184'

183'

176'

165'

181'

158'

151'

100'