*Law Offices*
*Diemert & Associates Co., L.P.A.*
1360 S.O.M. Center Road · Cleveland, Ohio 44124-2108

Joseph W. Diemert, Jr.
Thomas M. Hanculak
Mark V. Guidetti
Nicholas P. Fink

Telephone: (440) 442-6800
Fax: (440) 442-0825
receptionist@diemertlaw.com

June 21, 2022

**VIA REGULAR U.S. MAIL ONLY**

Mr. Greg O'Herren  
Shamrock Builders  
9800 Westpoint Drive, Suite 200  
Indianapolis, IN 46256

Mr. Steve Gale  
7403 Broadview Road  
Seven Hills, Ohio 44131

RE: "Application for Amendment of the Zoning Code and for Development Plan Approval"

Gentlemen:

Thank you for your request filed with the City on April 20, attached hereto. The Mayor, Administration, and City Council have carefully reviewed this request. The proposal does not fit within the vision that the Administration and Council have for this property, and the taxpayers.

Respectfully, your request is not well taken, and the above-proposed zoning amendment will not be further considered for implementation by the City of Seven Hills.

Sincerely,

Joseph W. Diemert, Jr.  
Special Counsel for  
City of Seven Hills Mayor & Council

Enclosure

Cc: Majeed Makhlouf, Esq. (via e-mail: mmakhlouf@bernsockner.com)  
Mayor Anthony D. Biasiotta (via e-mail: officeofthemayor@sevenhillsohio.org)  
Council President Phillip Kiriazis (via e-mail: pkiriazis@sevenhillsohio.org)  
Assistant Director of Law Patrick DiChiro (via e-mail: law@sevenhillsohio.org)

J:\2022\SEVEN HILLS (22-048)\Gale Property\Correspondence\JWD.O'Herren.Resp.Zoning.Amend.Req.docx

**EXHIBIT B**





20 April 2022

The City of Seven Hills, Ohio
City Council
7325 Summitview Drive
Seven Hills, Ohio 44131

RE: APPLICATION FOR AMENDMENT OF THE ZONING CODE
AND FOR DEVELOPMENT PLAN APPROVAL

Dear Members of City Council:

I am the purchaser of Parcel 552-17-009; Parcel 552-17-011; Parcel 552-17-057; and Parcel 552-17-058 located on Broadview Road in the City of Seven Hills.

I respectfully submit the attached application for amendment of Chapter 976 of the Zoning Code of the City of Seven Hills and request approval of the amendments indicated in bold font in Exhibit A.

Concurrently I submit the attached Development Plan for the referenced property and request approval for development consistent with that Plan as drawn in Exhibit B.

I look forward to your response and to establishing my business in the City of Seven Hills. Attached with this application please find our Project Summary for Shamrock Self Storage explaining the need for our services and our intent to provide an attractive facility.

I will welcome the opportunity to meet with the residents abutting our proposed site to explain the project in person and to address their questions.

I will look forward to immediate disposition of this application as provided by applicable laws. Please initiate the review and decision procedures and advise me of any scheduled meetings so that I and my representatives can attend and respond to any questions.

Sincerely,

Greg O'Herren, Purchaser

Steve Gale, Property Owner

For over 40 years

9800 Westpoint Drive, Suite 200 • Indianapolis, IN 46256 • 317.558.8750  317.558.8760 Fax
shamrockbuilders.com • shamrockcustomhomes.com • go-nance.com